IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WILLIAMS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-830 |
| | ) | Judge Gary L. Lancaster/ |
| NICHOLAS SYNAN, | ) | Magistrate Judge Amy Reynolds Hay |
| Defendant | ) | |

**ORDER**

AND NOW, this 5th day of Oct, 2007, after the Plaintiff, Anthony Williams, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint [3] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Anthony Williams
08435-068
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507

Craig E. Maravich, Esq.
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219